JORDAN T. SMITH, ESQ., Nevada Bar No. 12097
jtsmith@bhfs.com
BRIANNA SMITH, ESQ., Nevada Bar No. 11795
bsmith@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135

*Attorneys for Plaintiff*

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AMBULANCE MANAGEMENT GROUP, LLC, a Nevada Limited Liability company,<br><br>Plaintiff,<br><br>vs.<br><br>DIGNITY HEALTH, a California nonprofit public benefit corporation f/k/a Catholic Health Care West d/b/a SAINT ROSE DOMINICAN HOSPITALS,<br><br>Defendant. | Case No.: 2:26-cv-02397-GMN-EJY<br><br>~~[PROPOSED]~~ **DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**SUBMITTED IN COMPLIANCE WITH LR 26-1(b)** |

Pursuant to Federal Rule of Civil Procedure 26(f) and Local Rule 26-1, the parties conducted a discovery scheduling conference on October 1, 2026, and hereby submit to the Court the following proposed Discovery Plan and Scheduling Order[1]:

1. **Discovery Conference.** The following persons participated in the Fed. R. Civ. P. 26(f) discovery planning conference:

   a) Jordan T. Smith, Esq. on behalf of Plaintiff; and

   b) Joshua Dickey and Andrew Ennis, Esq. on behalf of Defendant.

2. **Alternative Dispute Resolution.** Pursuant to LR II 26-1(b)(7), the Plaintiff certifies that they met and conferred about the possibility of using alternative dispute resolution processes.

[1] Defendant Dignity Health will be filing a Motion to Stay Discovery pending the decision on its Motion to Dismiss Plaintiff's Complaint filed on August 31, 2026 (ECF No. 8).

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

3. **Alternative Forms of Case Disposition.** Pursuant to LR II 26-1(b)(8), the parties certify that they considered consent to trial by a Magistrate Judge under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73 and the use of the Short Trial Program. However, the parties do not consent to such alternative forms of case disposition.

4. **Initial Disclosures.** The parties have agreed to exchange their initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) by **October 22, 2026**.

5. **Discovery Plan.** The parties propose the following:

a) *Discovery Cut-Off Date.* The final date to conduct discovery shall be **March 1, 2027**.

b) *Other Deadlines*:

i. The final date to amend pleadings or add parties shall be **December 1, 2026**, which is ninety (90) days prior to the discovery cut-off date.

ii. The final date to make expert disclosures shall be **December 31, 2026**, which is sixty (60) days prior to the discovery cut-off date.

iii. The final date to make rebuttal expert disclosures shall be **February 1, 2027**, which is thirty (30) days after the initial expert disclosures.

iv. The final date to file dispositive motions shall be **March 31, 2027**, which is thirty (30) days after the discovery cut-off date.

v. The joint pretrial order shall be submitted on **April 30, 2027**, which is thirty (30) days after the date set for filing dispositive motions, unless the date for submitting the joint pretrial order is suspended pursuant to LR II 26-1(b)(5). In the event dispositive motions are filed, the deadline for filing the joint pretrial order shall be suspended until thirty (30) days after decision of the dispositive motions or further order of the Court. Pretrial disclosures required under Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the joint pretrial order.

c) Discovery will be needed on the following subjects: all of the claims and issues stated in the Plaintiff's Complaint (ECF No. 1), and all of Defendant's defenses, averments, and issues raised in the Defendant's anticipated Answer, which has yet to be filed in this matter. Defendant has indicated that it may file a motion to stay discovery.

d) All limitations on discovery imposed under the Federal Rules of Civil Procedure or the Local Rules of Practice for the United States District Court for the District of Nevada which are not inconsistent with the terms of this Discovery Plan and Scheduling Order shall remain unchanged at this time. The parties do, however, reserve their right to seek amendment of the present limitations or the imposition of additional limitations.

e) Discovery responses and disclosures shall be supplemented as required by the Federal Rules of Civil Procedure.

Dated: October 15, 2026.

By: */s/ Jordan T. Smith*
JORDAN T. SMITH, ESQ. (SBN 12097)
BRIANNA SMITH, ESQ. (SBN 11795)
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
*Attorneys for Plaintiff*

By: */s/ Joshua M. Dickey*
JOHN R. BAILEY, ESQ. (SBN 0137)
JOSHUA M. DICKEY, ESQ. (SBN 6621)
BAILEY KENNEDY
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302

ANDREW J. ENNIS, ESQ. (pro hac vice)
POLSINELLI PC
900 W. 48th Place, Suite 900
Kansas City, Missouri 64112
*Attorneys for Defendant*

**IT IS SO ORDERED.**

Elayna J. Youchah

UNITED STATES MAGISTRATE JUDGE

DATED: October 15, 2026.

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101